UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 05-268 (RBW)** |
| **DARCEL PRESCOTT,** | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the government's Notice of Intent to Impeach Defendant, it is this

_____ day of _____, 2005, hereby

**ORDERED** that, should the defendant chose to testify, the government may impeach him with his October 12, 1994 Maryland conviction for Assault with intent to Murder and Use of a Handgun in the Commission of a Crime of Violence.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

copies:

Lionel Andre
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C., 20530

Richard Samad, Esquire
503 D Street, N.W.
Suite 200
Washington, D.C. 20001