UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-268 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **DARCEL PRESCOTT,** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Angela Schmidt, at telephone number (202) 514-7273 and/or email address Angela.Schmidt@usdoj.gov. Ms. Schmidt will substitute for Assistant United States Attorney Jessie Liu as counsel for the United States.

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR
                                                United States Attorney

                                                _____
                                                ANGELA G. SCHMIDT
                                                Assistant United States Attorney
                                                Texas Bar No. 17764980
                                                555 4th Street, NW, 4th Floor
                                                Washington, DC 20530
                                                (202) 514-7273