Copies to: Judge
AUSA – Special Proceedings
Dft.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FILED

JAN 28 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA,        :
                                 :
          v.                     :   Case No. CR05-268
                                 :   Honorable Judge Walton
DARCELL PRESCOTT,                :

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.G

Comes now Darcell Prescott, for a two (2) points deduction pursuant to §2D1.1.

On or about January 5, 2007, petitioner was sentence to three years (36mos.) for an unlawful PWID cocaine base (crack) and possession of a firearm during drug trafficking offense.

On November 1, 2007, Amendment 9 to the Sentencing Guidelines became effective. The amendment applies to cocaine base ("crack") sentencing and modifies the earlier Guideline, essentially, by raising the quantities of crack necessary to trigger the highest base offense level of 38 under §2D1.1 by a factor of three, and lowering the remaining crack offense levels by two points across the board.

Your Honor Walton, I can say that before this law that was passed on or about November 1, 2007, I had already participated in a forty (40) hour drug program, and maintained a institutional job, as well as made sure that I was consistent on paying my Court fees and have also participated in a pre-release program, which not only instructs inmates on the readiness of entering back into society, but teaches job skills and give references to other alternatives (esp. Employment). Sir, I believe with no doubt in my mind and heart that I can be productive in society, and that

after accepting full responsibility for my actions, I leave no excuses for relapse in no way, form or fashion.

Wherefore, I pray and humbly ask that you will grant me the two (2) points sentence reduction pursuant to §2D1.1 by lowering my crack offense level by two points or any where within that year level of deduction.

Thanking you in advance.

Sworn to and subscribed before me
this 24 day of January, 20 08
T. Elea Hickstall
(Official Seal)
Notary Public
My commission expires 04-20 20 11

Respectfully Submitted,

Darcell Prescott
#28159-016
P.O. Box 630
Winton, North Carolina
27986
Date: January 25, 2008