### Rivers Correctional Institution-Financial Responsibility Program Payment Receipt

| | | | |
|---|---|---|---|
| Inmate ID: | 28159-016 | Payment Frequency | Quarterly |
| Last Name: | PRESCOTT | Payee Name | CLERK, U S DISTRICT COURT |
| First Name: | DARCELL | Date of Receipt | 1/8/2008 |
| Date of Payment: | 12/17/2007 | FRP Balance Upon Arrival at RCI: | $1,201.00 |
| Payment Amount: | $25 00 | Total of Payments made while at RCI: | $75.00 |
| Debt Type: | Assessment | Balance Left on Current Contract: | $1,126.00 |

CSW #: D1-118

Case Manager: UNIT D

### Rivers Correctional Institution-Financial Responsibility Program Payment Receipt

| | | | |
|---|---|---|---|
| Inmate ID: | 28159-016 | Payment Frequency | Quarterly |
| Last Name: | PRESCOTT | Payee Name | CLERK OF SUPERIOR COURT |
| First Name: | DARCELL | Date of Receipt | 9/20/2007 |
| Date of Payment: | 9/17/2007 | FRP Balance Upon Arrival at RCI: | $1,201.00 |
| Payment Amount: | $25 00 | Total of Payments made while at RCI: | $50.00 |
| Debt Type: | Fine | Balance Left on Current Contract: | $1,151.00 |

CSW #: D1-215C

Case Manager: UNIT D

### Rivers Correctional Institution-Financial Responsibility Program Payment Receipt

| | | | |
|---|---|---|---|
| Inmate ID: | 28159-016 | Payment Frequency | Quarterly |
| Last Name: | PRESCOTT | Payee Name | CLERK OF SUPERIOR COURT |
| First Name: | DARCELL | Date of Receipt | 6/21/2007 |
| Date of Payment: | 6/15/2007 | FRP Balance Upon Arrival at RCI: | $1,201.00 |
| Payment Amount: | $25 00 | Total of Payments made while at RCI: | $25.00 |
| Debt Type: | Fine | Balance Left on Current Contract: | $1,176.00 |

CSW #: D1-815

Case Manager: UNIT D

# Certificate of Completion

Certifies that

## Darceel Prescott

Has successfully completed 40 Hours of the

**Choice and Change Substance Abuse Education Program**

Presented this April 26, 2007

GEO/Rivers Correctional Institution Winton, North Carolina

_____  
Substance Abuse Counselor

_____  
Drug Manager

# Certificate of Completion

Awarded to

## Darcell Prescott

For the Successful Completion of the

Release Preparation Program

July 19, 2007

*Rivers Program Department*
*Winton, North Carolina*

_____
Instructor

_____
Education Director